

New York | Los Angeles | Irvine
Dallas | Miami | China

WWW.YKLAW.US

32 East 57th Street, 8th Floor
New York, NY 10022
www.yklaw.us | 212.837.2600
pmalik@yklaw.us

***Pankaj Malik, Esq.***
*Partner*

April 6, 2022

**Via ECF**
Hon. James M. Wicks
United States Magistrate Judge
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

    Re:    Index No.: 2:20-cv-05087-GRB-JMW; Walsh v. Top Notch Home Designs Corp. et al

To the Honorable Court:

    My office represents Defendants, Top Notch Home Designs Corp. d/b/a Top Notch and Leonidis "Luis" Priftakis ("Defendants"), in the above referenced matter. I write to the Court in response to Plaintiff's Motion to Produce Outstanding Text Messages filed April 16, 2022.

    Please be advised that the text messages outstanding are from the personal cell phones of Defendants' workers and are not in his custody or control. Defendants have been trying to coordinate obtaining these phones from them to take to the IT company hired to extract these messages for weeks.

    Logistically, the workers have to relinquish their phones for two days or more to get this done. Defendants have offered them temporary phones, but he cannot compel them to give up their phones.

    I am being advised that the workers have agreed to cooperate, but he needs time to get this done.

Additionally, Your Honor set a discovery deadline in July, as such Plaintiff's motion is premature.

Thank you for your attention to this matter.

Very Truly Yours,<br>
/s/ Pankaj Malik<br>
Pankaj Malik, Esq.

Cc:  Hollis Virginia Pfitsch
U.S. Department of Labor
Office of the Regional Solicitor
201 Varick Street, Room 983
New York, NY 10014
Email: pfitsch.hollis.v@dol.gov

Ndidi Menkiti
U.S Department of Labor
201 Varick Street, Room 983
New York, NY 10014
Email: menkiti.ndidi.n@dol.gov

2